1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JOSE JESUS TAPIA PEREZ,                     No.  1:23-cv-00931-ADA-SKO (HC)

12                 Petitioner,

13       v.                                      ORDER ADOPTING FINDINGS AND
                                                 RECOMMENDATIONS AND DISMISSING
14   WARDEN, F.C.I. MENDOTA,                     PETITION FOR WRIT OF HABEAS
                                                 CORPUS
15                 Respondent.
                                                 (ECF No. 6)
16

17       Petitioner Jose Jesus Tapia Perez is a federal prisoner proceeding pro se and in forma

18   pauperis with this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter

19   was referred to a United States Magistrate Judge pursuant to 28 U.S.C.§ 636(b)(1)(B) and Local

20   Rule 302.

21       On June 22, 2023, the Magistrate Judge issued findings and recommendations,

22   recommending that the Court dismiss the petition as unexhausted.  (ECF No. 6.)  Petitioner filed

23   objections to the findings and recommendations on June 26, 2023.  (ECF No. 7.)  The objections

24   consist entirely of a photocopied memorandum of points and authorities that Petitioner attached to

25   his initial petition.

26       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a

27   de novo review of this case.  Having carefully reviewed the entire file, including Petitioner's

28   objections, the Court concludes that the findings and recommendations are supported by the

                                                 1

1    record and proper analysis.

2         In the event Petitioner files a notice of appeal, no certificate of appealability is required

3    because this is an order denying a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241,

4    not a final order in a habeas proceeding in which the detention arises out of process issued by a

5    state court. *See Forde v. U.S. Parole Comm'n*, 114 F.3d 878, 879 (9th Cir. 1997).

6         Accordingly,

7         1.    The findings and recommendations issued on June 22, 2023, (ECF No. 6), are

8               adopted in full;

9         2.    The petition for writ of habeas corpus, (ECF No. 1), is dismissed without

10              prejudice; and

11        3.    The Clerk of Court is directed to enter judgment and close the case.

12

13

14   IT IS SO ORDERED.

15      Dated:    August 22, 2023                    _____

16                                                   UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28